IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON MICHELLE MILLS,<br>      Plaintiff, | CIVIL ACTION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of<br>the Social Security Administration<br>      Defendant. | NO. 12-2523 |

**O R D E R**

  **AND NOW,** this 17th day of July, 2013, upon consideration of the Complaint and Request for Review filed by plaintiff, Sharon Michelle Mills, and the record in this case, and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated June 21, 2013, no objections having been filed, **IT IS ORDERED** as follows:

  1. The Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated June 21, 2013, is **APPROVED** and **ADOPTED**;

  2. Plaintiff's Request for Review and the relief requested in the Complaint are **GRANTED** to the extent that plaintiff seeks a remand to the Commissioner of the Social Security Administration and **DENIED** in all other respects; and,

  3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated June 21, 2013.

                BY THE COURT:

                 s/ Jan E. DuBois
                 **DuBOIS, JAN E., J.**